B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Northern District of Texas

In re  Aleeshia M. Brown                 ,           Case No. 20-30655

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Jefferson Capital Systems LLC | CARVANA, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  Jefferson Capital Systems, LLC
  PO BOX 7999
  Saint Cloud , MN 56302-9617

Phone:  888-836-6853
Last Four Digits of Acct #:  3956

Court Claim # (if known):  2
Amount of Claim:  24428.88
Date Claim Filed:  03/06/2020

Phone:  
Last Four Digits of Acct. #:  3956

Name and Address where transferee payments should be sent (if different from above):
  Jefferson Capital Systems, LLC
  PO BOX 772813
  Chicago , IL 60677-2813
Phone:  888-836-6853
Last Four Digits of Acct #:  3956

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Debby Duncan (Bankruptcy Specialist)       Date: 6/19/2020
       Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

## FORM OF WAIVER OF NOTICE OF TRANSFER OF CLAIM

BRIDGECREST CREDIT COMPANY, LLC ("Transferor"), has sold and assigned certain claims to Jefferson Capital Systems, LLC ("Transferee"). Transferee is a limited liability company organized under the laws of Georgia maintaining a place of business at 16 McLeland Road, St. Cloud, MN 56303. Said claims arise from consumer credit accounts (the "Accounts") issued to individuals who have filed petitions commencing cases under the U.S. Bankruptcy Code. Proofs of claim with respect to the Accounts may have been filed under the following name:

Carvana LLC<br>GFC Lending LLC

Transferor consents to the attachment of a copy of this Waiver of Notice of Transfer of Claim to a Notice of Transfer of Claim filed by Transferee pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2). Transferor specifically waives the right to receive notice of and object to the filing of the Notice of Transfer of Claim. Transferor requests that Transferee be substituted for Transferor immediately upon the filing of the Notice of Transfer of Claim. A copy of this Waiver shall have the same force and effect as the original.

IN WITNESS WHEREOF, Transferor has executed this Waiver under its corporate seal by and through its duly authorized officer this day of June 11, 2020.

BRIDGECREST CREDIT COMPANY, LLC,
as Transferor

By: _____
Name:
Title: _____Daniel Gaudreau, Treasurer_____